Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Northern Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

SEP 25 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

Case No. 3:25-cv-726-DPJ-ASH

*(to be filled in by the Clerk's Office)*

Lyle Wagner
       *Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Burl Cain (commissoner)
Mike Dixon (SuperIntendent)
Daphne Ellis (major D.H.O.)
       *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **Lyle Micheal Wagner**
All other names by which
you have been known: **N/A**
ID Number **181183**
Current Institution **Walnut Grove Correctional Facility**
Address **1650, MS 492**
**Walnut Grove**       **MS**       **39189**
                City              State           Zip Code

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                       **Burl Cain**
    Job or Title *(if known)*   **Commissioner**
    Shield Number              **unknown**
    Employer                   **Mississippi Dept. of Corrections**
    Address                    **301 North Lamar Street**
                               **Jackson**       **MS**
                                   City           State            Zip Code
    ☑ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name                       **Mike Dixon**
    Job or Title *(if known)*   **Super Intendent**
    Shield Number              **unknown**
    Employer                   **Mississippi Dept of Corrections**
    Address                    **1650 MS 492**
                               **Walnut Grove**       **MS**       **39189**
                                   City              State           Zip Code
    ☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name  Daphae Ellis

Job or Title *(if known)*  Major Disciplinary Hearing Officer

Shield Number  unknown

Employer  Mississippi Dept. of Corrections

Address  1650 Ms 492

Walnut Grove        MS         39189
    *City*   *State*  *Zip Code*

☑ Individual capacity  ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

    *City*   *State*  *Zip Code*

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment Due Process (failure to afford an appeal for R.V.R.)
8th Amendment Denial of Dental Care (Pain and Suffering)
8th Amendment Cruel + unusual Punishment (only 1 hour a week of Recreation, excessive confinement, Cleaning Supplies, No Books,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

From June 24th 2024 to Dec 2. 2024, S.M.U. unit 6 July 24th to NOW 2025
S.M.U. unit 6, July 26th 2025, (Dental) Aug 21 2025 Disiplinary hearing
See attached hand written petition

C.    What date and approximate time did the events giving rise to your claim(s) occur? July 24th 2025 10:00 pm. July 26th 2025 12:00 pm for the Dental care Sept 16th 2025 Found out I was guilty of an R.V.R. on Aug 21st 2025. See attached hand written petition

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I am unjustly being held in the S.M.U. my custody is increased I have been restricted of all liberty property only 1 hour a week of recreation supposed to recieve 5 hours. No cleaning supplies of any kind Denied medical treatment
See attached hand written petition

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have sustained psychological harm as well as pain and suffering from being placed in the SMU unjustly. Also I have a rotten tooth that has a hole in it with a nerve exposed I've been trying to get extracted for almost 60 days now.
See attached hand written petition

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want the court to order my transfer from W.G.C.F. to another M.D.O.C Facility have the C.S R.V.R. removed from my master file to be let out of solitary confinement to be restored to B-custody and 30/30 status any and all good time taken in this incident restored and grant my damages see also:
See attached hand written petition

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Walnut Grove Correctional Facility

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

It is an inadequate system to address any claims averaging 4 to 6 months to respond only one issue may be addressed at a time and the issues in this complaint all stem from being confined in the S.M.U. by violating Due Process and losing my right to Appeal Disciplinary Procedures, by the time my Appeal is heard I will have served my 180 days although no time frame was given to me.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

    I utilized the A.R.P. process citing S.O.P. Policy at W.G.C.F. one A.R.P. Filed August 22nd another Filed Sept 16th 2025.

2.  What did you claim in your grievance? That S.O.P. Policy was not Followed that I lost my right to appeal my R.U.R. due to the carelessness and dereliction of duty by the o.H.U. and that I addressed this with the superintendent as well -

3.  What was the result, if any? It's still being processed as is several other grievances I Filed prior to the one concerning this complaint could be almost 9 months before I get a response.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

    The grievance process is inadequate I have at least (2) more grievances I filed before this incident occured. They only get addressed one at a time. with an average wait of 4 to 6 months.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

Concerning denial of Dental Care No because I've filed several medical Requests from the Administration Baware I have a Hole in my teeth. I filed grievances about No Recreation, No cleaning supplies, No Books, last year, and never heard back on anything.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I wrote request forms to the SuperIntendent a Personal letter to SuperIntendent Verbally Spoke to C/O's Sgts, Captains, Wardens, Sent a request to Case Management and still have not recieved my Guilty R.V.R. form or Appealate Procedure Form.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. When appealing an R.V.R. or disciplinary Finding you have 15 days from the date you are found guilty to File an A.R.P. Instructions state to include the Appeal Procedure Form and the Pink Copy Issued at the hearing.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)        N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.        N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)                                N / A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition        N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      09 / 23 / 25

Signature of Plaintiff

Printed Name of Plaintiff      *Lyle Micheal Wagner*

Prison Identification #      181183

Prison Address      W.G.C.F. 2650. MS 492

Walnut Grove                          MS          39189
                    City                                State              Zip Code

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                        City                    State              Zip Code

Telephone Number

E-mail Address